# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MARTIN, WAYNE S § Case No. 10-76226
      MARTIN, MARY A §
  §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $427,363.33<br>*(without deducting any secured claims)* | Assets Exempt: $44,800.00 |
| Total Distribution to Claimants: $1,866.00 | Claims Discharged<br>Without Payment: $46,830.18 |
| Total Expenses of Administration: $2,058.37 | |

    3) Total gross receipts of $ 5,500.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,575.67 (see **Exhibit 2**), yielded net receipts of $3,924.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $452,707.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,058.37 | 2,058.37 | 2,058.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 45,207.00 | 48,696.18 | 48,696.18 | 1,866.00 |
| **TOTAL DISBURSEMENTS** | $497,914.00 | $50,754.55 | $50,754.55 | $3,924.37 |

    4) This case was originally filed under Chapter 7 on December 22, 2010. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2011    By: /s/JOSEPH D. OLSEN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Bayliner Bowrider subject to lien of State | 1129-000 | 5,500.00 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | **$5,500.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Wayne and Mary Martin | pymt of Debtor's exemption in boat | 8100-002 | 1,575.67 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,575.67** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State Bank of the Lakes | 4110-000 | 1,947.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 321,638.00 | N/A | N/A | 0.00 |
| NOTFILED | MB Financial Bank | 4110-000 | 129,122.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$452,707.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 981.09 | 981.09 | 981.09 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 47.75 | 47.75 | 47.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.53 | 4.53 | 4.53 |
| Action Auctioneering | 3610-000 | N/A | 1,025.00 | 1,025.00 | 1,025.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,058.37 | 2,058.37 | 2,058.37 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 45,207.00 | 48,696.18 | 48,696.18 | 1,866.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 45,207.00 | 48,696.18 | 48,696.18 | 1,866.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-76226  
**Case Name:** MARTIN, WAYNE S  
MARTIN, MARY A  
**Period Ending:** 12/19/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/22/10 (f)  
**§341(a) Meeting Date:** 01/27/11  
**Claims Bar Date:** 07/07/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 403 S. Emerald Drive, Mc | 410,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 360.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Bank of America (this is s | 4,139.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with McHenry Bank & Trust | 810.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with McHenry Bank & Trust | 703.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. used household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal clothing | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Exxon shares (13) | 851.33 | 0.00 | DA | 0.00 | FA |
| 9 | 2006 Chrysler | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2001 Bayliner Bowrider subject to lien of State | 6,900.00 | 6,477.33 | | 5,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.04 | FA |
| 11 | Assets    Totals (Excluding unknown values) | **$434,263.33** | **$6,477.33** | | **$5,500.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    April 30, 2011    **Current Projected Date Of Final Report (TFR):**    July 28, 2011  (Actual)

Printed: 12/19/2011 09:50 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-76226  
**Case Name:** MARTIN, WAYNE S  
MARTIN, MARY A  
**Taxpayer ID #:** **-***4092  
**Period Ending:** 12/19/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/11 | {10} | Action Auctioneering | sale of Bayliner boat | 1129-000 | 5,500.00 | | 5,500.00 |
| 06/01/11 | | To Account #9200******3466 | pay bond premium | 9999-000 | | 4.53 | 5,495.47 |
| 06/08/11 | | To Account #9200******3466 | pymt of Debtor's exemption re: boat | 9999-000 | | 1,575.67 | 3,919.80 |
| 06/21/11 | | To Account #9200******3466 | pay auctioneer fees per Ct. Order 6/20 | 9999-000 | | 1,025.00 | 2,894.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 2,894.83 |
| 07/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 2,894.84 |
| 07/21/11 | | To Account #9200******3466 | Prep. F. Rpt | 9999-000 | | 2,894.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,500.04 | 5,500.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,500.04 | |
| | | | **Subtotal** | | 5,500.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,500.04** | **$0.00** | |

{} Asset reference(s)

Printed: 12/19/2011 09:50 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-76226  
**Case Name:** MARTIN, WAYNE S  
MARTIN, MARY A  
**Taxpayer ID #:** **-***4092  
**Period Ending:** 12/19/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/11 | | From Account #9200******3465 | pay bond premium | 9999-000 | 4.53 | | 4.53 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-76226, BOND #016018067 | 2300-000 | | 4.53 | 0.00 |
| 06/08/11 | | From Account #9200******3465 | pymt of Debtor's exemption re: boat | 9999-000 | 1,575.67 | | 1,575.67 |
| 06/09/11 | 102 | Wayne and Mary Martin | pymt of Debtor's exemption in boat | 8100-002 | | 1,575.67 | 0.00 |
| 06/21/11 | | From Account #9200******3465 | pay auctioneer fees per Ct. Order 6/20 | 9999-000 | 1,025.00 | | 1,025.00 |
| 06/21/11 | 103 | Action Auctioneering | Commission & costs re: Bayliner boat | 3610-000 | | 1,025.00 | 0.00 |
| 07/21/11 | | From Account #9200******3465 | Prep. F. Rpt | 9999-000 | 2,894.84 | | 2,894.84 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,869.84 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,844.84 |
| 10/11/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 2,869.84 |
| 10/11/11 | | The Bank of New York Mellon | Service fee refund | 2600-000 | | -25.00 | 2,894.84 |
| 10/20/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $981.09, Trustee Compensation;  Reference: | 2100-000 | | 981.09 | 1,913.75 |
| 10/20/11 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $47.75, Trustee Expenses;  Reference: | 2200-000 | | 47.75 | 1,866.00 |
| 10/20/11 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid   3.83% on $48,696.18; Claim# 1; Filed: $48,696.18; Reference: | 7100-000 | | 1,866.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,500.04 | 5,500.04 | $0.00 |
| | | | Less: Bank Transfers | | 5,500.04 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,500.04 | |
| | | | Less: Payments to Debtors | | | 1,575.67 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,924.37** | |

Net Receipts :  5,500.04  
Less Payments to Debtor :  1,575.67  
Net Estate :  $3,924.37

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******34-65** | 5,500.04 | 0.00 | 0.00 |
| **Checking # 9200-******34-66** | 0.00 | 3,924.37 | 0.00 |
| | $5,500.04 | $3,924.37 | $0.00 |

{} Asset reference(s)